[No. 11289–2–II.   Division Two.   October 14, 1988.]

NORTH COAST CONSTRUCTION, INC., *Respondent,* v. THE
CITY OF OCEAN SHORES, *Appellant.*

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 85–2–00867–3, Robert L. Charette, J.,
entered August 3, 1987. *Reversed* by unpublished opinion

per Petrie, J. Pro Tem., concurred in by Alexander, A.C.J., and Petrich, J.